Matthew G. Holland, Esq.
Nevada Bar No. 10370
**COGBURN LAW OFFICES**
2879 St. Rose Parkway, Suite 200
Las Vegas, Nevada 89052
Telephone: (702) 384-3616
Facsimile: (702) 966-3880
Email: mholland@cogburnlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INVERT SPORTS, LLC, a Utah Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR CHIODINI, an individual; BREA WILLIAMS, an individual; ROCKY RIVER ADVENTURE CENTER, LLC, a Nevada Limited Liability Company; PERFORMANCE WATER SPORTS, LLC, an Arizona Limited Liability Company; DOE Individuals I through X; ROE Corporations and Organizations I through X, inclusive,<br><br>Defendants. | Case Number: 2:13-cv-00850<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, INVERT SPORTS, LLC, by and through its counsel of record, P. Sterling Kerr, Esq. and Defendants TREVOR CHIODINI, BREA WILLIAMS, ROCKY RIVER ADVENTURE CENTER, LLC AND PERFORMANCE WATER SPORTS, LLC, by and through their counsel of record, Matthew G. Holland, Esq., that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

...

...

...

Page 1 of 2

1   IT IS FURTHER STIPULATED AND AGREED TO that a Scheduling Order has not
2   been entered, therefore no firm trial date has been set.
3   DATED this 6th day of ~~October~~ November, 2014.

COGBURN LAW OFFICES

By: _____
Matthew G. Holland, Esq.
Nevada Bar No.: 10370
*Attorney for Defendants*

DATED this _____ day of October, 2014.

LAW OFFICES OF P. STERLING KERR

By: _____
P. Sterling Kerr, Esq.
Nevada Bar No.: 003978
*Attorney for Plaintiff*

## ORDER

**IT IS SO ORDERED** this 6th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

COGBURN LAW OFFFICES

By: _____
Matthew G. Holland, Esq.
Nevada Bar No.: 10370
2879 St. Rose Parkway, Ste. 200
Henderson, NV 89052
*Attorney for Defendants*